### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : |
| | : CHAPTER 13 |
| ROBERT GREENBAUM, | : |
| | : BANKRUPTCY NO. 17-17230-JKF |
| Debtor. | : |
| | : |

### CERTIFICATE OF SERVICE

I, Michael D. Vagnoni, Esquire, attorney for Montgomery County Tax Claim Bureau, hereby certify that on November 29, 2017, a true and correct copy of the Notice of Appearance and Request for Service of Papers in the above captioned case was served electronically via the Court's CM/ECF system, upon the attached service list.

*/s/ Michael D. Vagnoni*
Michael D. Vagnoni, Esquire

5167033

## **SERVICE LIST**

BRIAN E. CAINE on behalf of Creditor U.S. Bank National Association, As Trustee et. al.
bcaine@parkermccay.com, BKcourtnotices@parkermccay.com

DENISE A. KUHN on behalf of Creditor Commonwealth of Pennsylvania, Department of Revenue
dkuhn@attorneygeneral.gov

FREDERICK L. REIGLE
ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

REBECCA ANN SOLARZ on behalf of Creditor U.S. Bank National Association, as Indenture Trustee of the GMACM Home Equity Loan Trust 2005-HE3
bkgroup@kmllawgroup.com

THOMAS YOUNG.HAE SONG on behalf of Creditor U.S. Bank National Association, As Trustee et. al.
pa.bkecf@fedphe.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

SCOTT F. WATERMAN on behalf of Debtor Robert Greenbaum
scottfwaterman@gmail.com, scottfwaterman@gmail.com