UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In Re:** | : |
| | : Chapter 13 |
| **Robert Greenbaum** | : Case No. 17-17230-JKF |
|     **Debtor,** | : |
| | : |
| U.S. Bank National Association as Indenture Trustee of the GMACM Home Equity Loan Trust 2005-HE3, | : |
| | : |
|     Movant, | : |
| v. | : ~~Hearing December 6, 2017 @ 9:30am~~ |
| | : ~~Courtroom #3~~ |
| Robert Greenbaum | : |
|     Debtor, | : |
|   And | : |
| | : |
| Frederick L. Reigle, Esquire | : |
|     Trustee, | : |
| | : |
|     Respondent. | : |

**ORDER TERMINATING THE AUTOMATIC STAY, CO-DEBTOR STAY AND GRANTING IN REM RELIEF FROM STAY AS TO
100 S BERKLEY SQ 16E, ATLANTIC CITY NJ 08401**

  Upon the Motion of PARKER McCAY P.A. Attorneys for U.S. Bank National Association, as Indenture Trustee of the GMACM Home Equity Loan Trust 2005-HE3 ("Movant") under Bankruptcy Code section 362(d) for relief from the automatic stay, co-debtor stay under section 1301, and in-rem relief under section 362(d)(4) as to certain real property as hereinafter set forth, and for cause shown;

  1.  The automatic stay of Bankruptcy Code section 362(a), co-debtor stay of section 1301, and in-rem relief under section 362(d)(4) are vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the Movant's rights in the following property described

below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

*100 S. Berkley Square, 16e, Atlantic City NJ 08401*

2. ~~ORDERED that Rule 4001(a)(3) is not applicable and Movant may immediately enforce and implement this Order granting relief from the automatic stay.~~

3. ~~Any future bankruptcy filings by either debtor, Amy Blum, and/or any other individual or entity claiming any interest of any kind whatsoever in the aforesaid property shall not operate to impose the automatic stay without further application to and express Order of this Court.~~

4. The Notice and filing requirements of FRBP 3002.1(b & c) are no longer applicable to Movant's claim.

Dated: December 21, 2017

_____
Honorable Jean K. FitzSimon
United States Bankruptcy
Eastern District of Pennsylvania