United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 17-17230-jkf
Robert Greenbaum                                                                Chapter 13
                 Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: JEGilmore          Page 1 of 1              Date Rcvd: Dec 21, 2017
                               Form ID: pdf900          Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 23, 2017.
db              +Robert Greenbaum,    8301 Cedar Road,    Elkins Park, PA 19027-2132
cr              +Montgomery County Tax Claim Bureau,    c/o Michael D. Vagnoni, Esquire,
                 Centre Square West, Suite 3400,    1500 Market Street,    Philadelphia, PA 19102-2100

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: bankruptcy@phila.gov Dec 22 2017 01:35:30    City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 22 2017 01:34:55
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 22 2017 01:35:28    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr               E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 22 2017 01:34:55
                 Commonwealth of Pennsylvania, Department of Revenu,    Bureau of Compliance,    Dept. 280946,
                 Harrisburg, PA  17128-0946
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 22 2017 01:53:26    Orion (VERIZON),
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                        TOTAL: 5

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2017                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2017 at the address(es) listed below:
              BRIAN E. CAINE   on behalf of Creditor   U.S. Bank National Association, As Trustee et. al.
               bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
              DENISE A. KUHN   on behalf of Creditor   Commonwealth of Pennsylvania, Department of Revenue
               dkuhn@attorneygeneral.gov
              FREDERICK L. REIGLE   ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              MICHAEL D. VAGNONI   on behalf of Creditor   Montgomery County Tax Claim Bureau
               michael.vagnoni@obermayer.com, michele.emory@obermayer.com;Lucille.acello@obermayer.com
              REBECCA ANN SOLARZ   on behalf of Creditor   U.S. Bank National Association, as Indenture Trustee
               of the GMACM Home Equity Loan Trust 2005-HE3 bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN   on behalf of Debtor Robert  Greenbaum scottfwaterman@gmail.com,
               scottfwaterman@gmail.com
              THOMAS YOUNG.HAE SONG   on behalf of Creditor   U.S. Bank National Association, As Trustee et.
               al. pa.bkecf@fedphe.com
              United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                                        TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : |
| | : Chapter 13 |
| **Robert Greenbaum** | : Case No. 17-17230-JKF |
| **Debtor,** | : |
| | : |
| U.S. Bank National Association as | : |
| Indenture Trustee of the GMACM Home | : |
| Equity Loan Trust 2005-HE3, | : |
| | : |
| Movant, | : |
| v. | : ~~Hearing: December 6, 2017 @ 9:30am~~ |
| | : ~~Courtroom #3~~ |
| Robert Greenbaum | : |
| Debtor, | : |
| And | : |
| | : |
| Frederick L. Reigle, Esquire | : |
| Trustee, | : |
| | : |
| Respondent. | : |

**ORDER TERMINATING THE AUTOMATIC STAY, CO-DEBTOR STAY AND**
**GRANTING IN REM RELIEF FROM STAY AS TO**
**100 S BERKLEY SQ 16E, ATLANTIC CITY NJ 08401**

Upon the Motion of PARKER McCAY P.A. Attorneys for U.S. Bank National

Association, as Indenture Trustee of the GMACM Home Equity Loan Trust 2005-HE3

("Movant") under Bankruptcy Code section 362(d) for relief from the automatic stay, co-

debtor stay under section 1301, and in-rem relief under section 362(d)(4) as to certain real

property as hereinafter set forth, and for cause shown;

1.      The automatic stay of Bankruptcy Code section 362(a), co-debtor stay of

section 1301, and in-rem relief under section 362(d)(4) are vacated to permit the Movant to

institute or resume and prosecute to conclusion one or more actions in the court(s) of

appropriate jurisdiction to pursue the Movant's rights in the following property described

below to the extent and in the manner provided by any applicable contract documents and

non-bankruptcy law.

### *100 S. Berkley Square, 16e, Atlantic City NJ 08401*

2.       ~~ORDERED that Rule 4001(a)(3) is not applicable and Movant may~~

~~immediately enforce and implement this Order granting relief from the automatic stay~~

3.       ~~Any future bankruptcy filings by either debtor, Amy Blum, and/or any other~~

~~individual or entity claiming any interest of any kind whatsoever in the aforesaid property~~

~~shall not operate to impose the automatic stay without further application to and express~~

~~Order of this Court.~~

4.       The Notice and filing requirements of FRBP 3002.1(b & c) are no longer

applicable to Movant's claim.

Dated: December 21, 2017

_____

Honorable Jean K. FitzSimon
United States Bankruptcy
Eastern District of Pennsylvania