## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| ROBERT GREENBAUM | : | BK. No. 17-17230-jkf |
| **Debtor** | : | |
| | : | Chapter No. 13 |
| U.S. BANK NATIONAL ASSOCIATION, AS | : | |
| TRUSTEE FOR RESIDENTIAL FUNDING | : | |
| MORTGAGE SECURITIES I, INC., | : | |
| MORTGAGE PASS-THROUGH | : | |
| CERTIFICATES, SERIES 2007-SA1 | : | 11 U.S.C. §362 and §1301 |
| **Movant** | : | |
| v. | : | |
| ROBERT GREENBAUM | : | |
| AMY BLUM | : | |
| **Respondents** | : | |

### ORDER MODIFYING §362 and §1301 AUTOMATIC STAY AND CO-DEBTOR STAY

**AND NOW**, this 27th day of February, 2018, at PHILADELPHIA, upon Motion of **U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR RESIDENTIAL FUNDING MORTGAGE SECURITIES I, INC., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-SA1** (Movant), it is:

**ORDERED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay and Co-Debtor Stay of all proceedings, as provided under 11 U.S.C. §362 and §1301 is granted with respect to, 8301 CEDAR ROAD, ELKINS PARK, PA 19027 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_____
JEAN K. FITZSIMON, BANKRUPTCY JUDGE

| | |
|---|---|
| FREDERICK L. REIGLE, ESQUIRE (TRUSTEE) | ROBERT M. GREENBAUM |
| 2901 ST. LAWRENCE AVENUE | 8301 CEDAR ROAD |
| P.O. BOX 4010 | ELKINS PARK, PA 19027 |
| READING, PA 19606 | |
| | AMY BLUM |
| SCOTT F. WATERMAN, ESQUIRE | 8301 CEDAR ROAD |
| 110 W. FRONT STREET | ELKINS PARK, PA 19027 |
| MEDIA, PA 19063 | |

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107