United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-17230-jkf
Robert Greenbaum                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 1          Date Rcvd: Feb 27, 2018
                              Form ID: pdf900          Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2018.
db          +Robert Greenbaum,    8301 Cedar Road,    Elkins Park, PA 19027-2132
cr          +Montgomery County Tax Claim Bureau,    c/o Michael D. Vagnoni, Esquire,
              Centre Square West, Suite 3400,    1500 Market Street,    Philadelphia, PA 19102-2100

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: bankruptcy@phila.gov Feb 28 2018 02:25:20     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA 19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 28 2018 02:25:01
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA   17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 28 2018 02:25:11     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 28 2018 02:25:01
              Commonwealth of Pennsylvania, Department of Revenu,    Bureau of Compliance,    Dept. 280946,
              Harrisburg, PA   17128-0946
cr           +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 28 2018 02:22:21      Orion (VERIZON),
              c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 5

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2018 at the address(es) listed below:
              BRIAN E. CAINE    on behalf of Creditor    U.S. Bank National Association, As Trustee et. al.
               bcaine@parkermccay.com,    BKcourtnotices@parkermccay.com
              DENISE A. KUHN    on behalf of Creditor    Commonwealth of Pennsylvania, Department of Revenue
               dkuhn@attorneygeneral.gov
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              JEROME B. BLANK    on behalf of Creditor    U.S. Bank National Association, As Trustee Et.Al
               paeb@fedphe.com
              MICHAEL D. VAGNONI    on behalf of Creditor    Montgomery County Tax Claim Bureau
               michael.vagnoni@obermayer.com,
               Lucille.acello@obermayer.com;jonathan.brennan@obermayer.com;angela.baglanzis@obermayer.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, as Indenture Trustee
               of the GMACM Home Equity Loan Trust 2005-HE3 bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN    on behalf of Debtor Robert  Greenbaum scottfwaterman@gmail.com,
               scottfwaterman@gmail.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    U.S. Bank National Association, As Trustee et.
               al. paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: : | |
| ROBERT GREENBAUM : | BK. No. 17-17230-jkf |
| Debtor : | |
| : | Chapter No. 13 |
| U.S. BANK NATIONAL ASSOCIATION, AS : | |
| TRUSTEE FOR RESIDENTIAL FUNDING : | |
| MORTGAGE SECURITIES I, INC., : | |
| MORTGAGE PASS-THROUGH : | |
| CERTIFICATES, SERIES 2007-SA1 : | 11 U.S.C. §362 and §1301 |
| Movant : | |
| v. : | |
| ROBERT GREENBAUM : | |
| AMY BLUM : | |
| Respondents : | |

**ORDER MODIFYING §362 and §1301 AUTOMATIC STAY AND CO-DEBTOR STAY**

**AND NOW**, this 27th day of February, 2018, at PHILADELPHIA, upon Motion of **U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR RESIDENTIAL FUNDING MORTGAGE SECURITIES I, INC., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-SA1** (Movant), it is:

**ORDERED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay and Co-Debtor Stay of all proceedings, as provided under 11 U.S.C. §362 and §1301 is granted with respect to, 8301 CEDAR ROAD, ELKINS PARK, PA 19027 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

~~ORDERED that relief from any co-debtor stay (if applicable) is hereby granted; and it is further~~

_____
JEAN K. FITZSIMON, BANKRUPTCY JUDGE

FREDERICK L. REIGLE, ESQUIRE         ROBERT M. GREENBAUM
(TRUSTEE)                             8301 CEDAR ROAD
2901 ST. LAWRENCE AVENUE              ELKINS PARK, PA 19027
P.O. BOX 4010
READING, PA 19606                     AMY BLUM
                                      8301 CEDAR ROAD
SCOTT F. WATERMAN, ESQUIRE            ELKINS PARK, PA 19027
110 W. FRONT STREET
MEDIA, PA 19063

UNITED STATES TRUSTEE  
833 CHESTNUT STREET, SUITE 500  
PHILADELPHIA, PA 19107