UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: :
:
    ROBERT GREENBAUM : Bankruptcy No. 17-17230JKF
:
Debtor(s) : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby Dismissed with Prejudice and debtor is barred from filing another bankruptcy case, either individually or jointly with a spouse, FOR A PERIOD OF ONE YEAR.

FOR THE COURT

*(signature)*

Jean K. FitzSimon, B. J.

**Date: April 18, 2018**

Interested parties:

Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606-0410

Scott F. Waterman, Esq.
110 West Front Street
Media, PA 19063

Robert Greenbaum
8301 Cedar Road
Elkins Park, PA 19027

George M. Conway, Esq.
Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107